IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA ADKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVEREST GLOBAL SERVICES, INC.,<br><br>Defendant. | Case No. 3:23-cv-00004-RK-JBD<br><br>District Judge Robert Kirsch<br>Magistrate Judge J. Brendan Day |

## STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO AMENDED COMPLAINT

Plaintiff Angela Adkins, ("Plaintiff") and Defendant Everest Global Services, Inc. ("Defendant"), by and through their counsel, hereby stipulate and agree to extend the time by which Defendant is required to respond to or answer Plaintiff's Amended Complaint until November 3, 2024.

If Defendant is to file a Rule 12 Motion, the Parties agree to and seek the Court's approval for the following proposed briefing schedule:

- Defendant's Motion to Dismiss: November 4, 2024;

- Plaintiff's Opposition to Motion to Dismiss: November 25, 2024; and

- Defendant's Reply: December 3, 2024.

Dated: October 3, 2024

/s/ Gary M. Klinger
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Vicki J. Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500 Garden City, New York 11530 Tel. (865)412-2700
vmaniatis@milberg.com
***Attorneys for Plaintiff***

Dated: October 3, 2024

/s/ Steven M. Richman
Steven M. Richman
Myriah V. Jaworski
Chirag H. Patel
**CLARK HILL**
210 carnegie Center
Suite102
Princeton, , NJ 08540
(609-785-2911
srichman@clarkhill.com
mjaworski@clarkhill.com
cpatel@clarkhill.com
***Attorneys for Defendant, Everest Global Services, Inc***

SO ORDERED.
No further extensions will be granted.

Dated: October 7, 2024

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE