# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA ADKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVEREST GLOBAL SERVICES, INC.,<br><br>Defendant. | Case No. 3:23-cv-00004-MAS-LHG<br><br>District Judge Michael A. Shipp<br>Magistrate Judge Lois H. Goodman |

## STIPULATION TO EXTEND DEFENDANT'S TIME TO AMENDED ANSWER COMPLANT

Plaintiff Angela Adkins, ("Plaintiff") and Defendant Everest Global Services, Inc. ("Defendant"), by and through their counsel, hereby stipulate and agree to extend the time by which Defendant is required to respond to or answer Plaintiff's Complaint until November 24, 2024.

If Defendant is to file a Rule 12 Motion, the Parties agree to and seek the Court's approval for the following proposed briefing schedule:

- Defendant's Motion to Dismiss: November 25, 2024

- Plaintiff's Opposition to Motion to Dismiss: December 16, 2024; and

- Defendant's Reply: December 24, 2024.

1

Dated: __10-30-2024__  /s/Gary M. Klinger

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500 Garden City, New York 11530 Tel. (847)208-4585
gklinger@milberg.com
*Attorneys for Plaintiff*

Dated: __10-30-24__  /s/Steven M. Richman

Steven M. Richman
Myriah V. Jaworski
Chirag H. Patel
**CLARK HILL**
210 Carnegie Center
Suite102
Princeton, NJ 08540
(609)785-2911
srichman@clarkhill.com
mjaworski@clarkhill.com
cpatel@clarkhill.com
*Attorneys for Defendant, Everest Global Services, Inc*

SO ORDERED

Dated: _____    _____

Honorable Judge Michael A. Shipp

2