UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANGELA ADKINS,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**EVEREST GLOBAL SERVICES, INC.,**<br><br>Defendant. | Case No. 3:23-cv-00004-RK-JBD<br><br>District Judge Robert Kirsch<br><br>Magistrate Judge J. Brendan Day |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Angela Adkins, together with Defendant Everest Global Services, Inc., hereby stipulate to the dismissal of this lawsuit with prejudice. Each party shall bear her/its own costs.

Dated: March 18, 2025          Respectfully submitted,

/s/ *Vicki J. Maniatis*
Vicki J. Maniatis (NJ# 001321994)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Tel.: (516) 491-4665
vmaniatis@milberg.com

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
gklinger@milberg.com

Terence R. Coates (*pro hac vice*)
Justin C. Walker (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*
*jwalker@msdlegal.com*

*Attorneys for Plaintiff*

Dated: March 18, 2025

*/s/ Steven M. Richman*
Steven M. Richman
Myriah V. Jaworski
Chirag H. Patel
**CLARK HILL**
210 Carnegie Center
Suite 102
Princeton, NJ 08540
(609) 785-2911
srichman@clarkhill.com
mjaworski@clarkhill.com
cpatel@clarkhill.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025, I served the foregoing upon all parties through their counsel of record by filing it with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ *Vicki J. Maniatis*